UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-CV-168-FDW

| | | |
|---|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| LERONNE WHITE, as Personal Representative of the Estate of ELJUAN WHITE, | ) ) ) ) ) | DEFAULT JUDGMENT |
| R. MICHAEL ALLEN, as Personal Representative of the Estate of SUGEYRIS CEPEDA WHITE, and | ) ) ) ) ) | |
| B. W., a Minor, | ) ) | |
| Defendants. | ) ) | |

THIS MATTER is before the Court on motion of Defendant's B.W., a Minor, and R. Michael Allen, as Personal Representative of the Estate of Sugeyris White, for a Default Judgment against the Estate of Eljuan White (Doc. No. 24). Neither Defendant Leronne White, a Personal Representative of the Estate of Eljuan White, nor any other representative of that estate has appeared in this Court or otherwise made a claim for the insurance proceeds.

IT IS THEREFORE ORDERED that for the reasons stated in the motion (Doc. No. 24), it is GRANTED.

IT IS THEREFORE ORDERED that a default judgment is entered against the Estate of Eljuan White and that said Defendant shall have and recover nothing of the interpleaded funds or of the Plaintiff by virtue of this action.

IT IS SO ORDERED.

Signed: February 14, 2012

Frank D. Whitney
United States District Judge