UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-CV-168-FDW

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| LeRONNE WHITE, as Personal Representative of the Estate of ELJUAN WHITE; R. MICHAEL ALLEN, as Personal Representative of the Estate of SUGEYRIS CEPEDA WHITE; and B. W., a Minor, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

CONSENT JUDGMENT

THIS MATTER coming on before the Court upon the Joint Motion (Doc. No. 29) of Defendants R. Michael Allen, as Personal Representative of the Estate of Sugeyris Cepeda White, through his undersigned counsel, and B.W., a Minor, by and through his Guardian ad Litem, Mark D. Gott and his counsel, for entry of this Consent Judgment settling all of the matters at issue between the parties and to dismiss this action with prejudice for a consent award of reasonable attorney's fees and costs to the moving parties herein; and it appearing to the Court from the Motion, and upon review of the pleadings to date, that the Plaintiff Unum paid in to the Registry of the Court amounts due under a Policy of Insurance totaling $201,430.14 ("Fund"); that this payment satisfied Unum's obligations under the Policy at issue; that Unum was discharged with the consent of the parties herewith (Doc. No. 26); that Defendant LeRonne White, as Personal Representative of the Estate of ElJuan White, failed to answer and after default having been entered, judgment was entered against him dismissing any and all claims he may have had or has to the Fund; that the

remaining Defendants (Ms. White) and the Minor, B.W., by and through their respective personal representatives and Guardian ad Litem, respectively, consent herewith to the entry of this Judgment resolving all of the issues each had or may have as to the Fund; and that the entry of this Judgment with prejudice concludes the case.

NOW, THEREFORE, it is HEREBY ORDERED, ADJUDGED and DECREED that:

1. The joint Motion of Defendants R. Michael Allen, as Personal Representative of the Estate of Sugeyris Cepeda White through his undersigned counsel, and B.W., a Minor, through his Guardian ad Litem, Mark D. Gott and respective counsel (Doc. No. 29), is GRANTED;

2. From the Fund deposited with the Clerk herein, the Clerk shall, by check made payable to the Estate of Sugeyris Cepeda White, pay the sum of $13,951.24, which check shall be mailed to the Estate c/o R. Michael Allen, as Personal Representative;

3. From said Fund, the Clerk shall, by check made payable to Sellers, Hinshaw, Ayers, Dortsch & Lyons, P.A., pay the sum of $3,300.00 for the reasonable attorney's fees and costs incurred by Guardian ad Litem in representing the Minor, B.W., in this matter;

4. The balance of the Fund in the Office of the Clerk of Court be paid, by check made payable to the Clerk of Superior Court for Wilson County, North Carolina, c/o Mark D. Gott, Guardian ad Litem of the Minor B.W.;

5. The entry of this Judgment, by consent, concludes all of the issues in this case, and upon payment by the Clerk's Office of the funds provided herein, this matter is dismissed, with prejudice.

IT IS SO ORDERED.

Signed: May 8, 2012

Frank D. Whitney
United States District Judge

WE CONSENT:

s/Michael F. Schultze
Michael F. Schultze, Bar Number: 12547
Attorney for Defendant R. Michael Allen,
as Personal Representative of the Estate of
Sugeyris Cepeda White
Cranford, Buckley, Schultze, Tomchin,
Allen & Buie, P.A.
7257 Pineville-Matthews Road, Suite 2100
Charlotte, NC  28226
Telephone:  (704) 442-1010
Fax:  (704) 442-1020
E-mail: mschultze@southcharlottelawfirm.com

s/Brett E. Dressler
Brett E. Dressler, Bar Number: 34516
Attorney for the Guardian ad Litem
Sellers, Hinshaw, Ayers, Dortch & Lyons, P.A.
301 South McDowell Street
Charlotte, NC 28204
Telephone:  (704) 377-505
Fax:  (704) 339-0172
E-mail:  bdressler@sellershinshaw.com